**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MAY 24, 2016**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| WD78172 | Patricia Mills vs. Cerner Corporation |
| WD78395 | Demun Walker vs. State of Missouri |
| WD79027 | In the Interest of: J.C.V., II   Juvenile Officer; Department of Social Services Children's Division vs. M.R.-A.C.  (Mother) |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| WD78469 | State of Missouri vs. Kenneth Pickens III |